HSBC Bank USA, National Association, as Trustee for Ace Securities Corporation Home Equity Loan Trust, Series 2006-OP2 Asset Backed Pass-Through Certificates, Respondent, v Gregory Sage, Appellant, et al., Defendants.

Submitted May 19, 2014; decided June 30, 2014

Motion, insofar as it seeks leave to appeal from the December 2013 Appellate Division order, dismissed upon the ground that it does not lie, appellant having previously moved in the Court of Appeals for leave to appeal (22 NY3d 1172 [2014]) from the same Appellate Division order (see Selinger v Selinger, 90 NY2d 842 [1997]); motion for leave to appeal otherwise dismissed upon the ground that the other order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of Joseph W. McKay, Respondent, v Village of Endicott, Appellant.

Submitted May 19, 2014; decided June 30, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

The People of the State of New York, Respondent, v Jin Cheng Lin, Appellant.

Submitted June 2, 2014; decided June 30, 2014

Motion to vacate this Court's May 6, 2014 dismissal order granted [see 23 NY3d 959 (2014)].